# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## No. 1:18-cv-343

| | |
|---|---|
| JOY JUSTICE, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | AMENDED NOTICE OF NATIONWIDE CLASS ACTION SETTLEMENT AND STIPULATION OF DISMISSAL OF THE INSTANT ACTION |

Plaintiff Joy Justice and Defendant Experian Information Solutions, LLC (the Parties), by and through their respective counsel, hereby submit this Amended Notice of Nationwide Settlement and Stipulation of Dismissal of the Instant Action, and in support hereof state as follows:

1. This case is one of several class actions brought in various jurisdictions against Defendant alleging violations of the Fair Credit Reporting Act, 15 U.S. §§ 1681-1681x, regarding the reporting and disclosure of public record information.

2. On September 21, 2018, a nationwide settlement was reached in the consolidated cases *Clark v. Experian,* No. 3:16-cv-00032 (E.D. Va.) and *Brown v. Experian,* No. 3:16-cv-00670(MHL) (E.D. Va.) ("*Clark*").

3. The terms of the *Clark* settlement embrace the class claims plead in this litigation, and thus resolve all claims in this matter.

4. Judge Lauck of the Eastern District of Virginia granted final approval to the settlement and final judgment in *Clark* on February 1, 2019 (Doc. 150)

5. No appeals were taken from Judge Lauck's Order.

6. Therefore, the Parties request the dismissal of the instant action with prejudice as to class claims; and

7. Plaintiff's individual claim to be dismissed without prejudice.

Respectfully submitted, this 8th day of February, 2019.

| | |
|---|---|
| **CONSMER LITIGATION ASSOCIATES P.C.** | **ELLIS & WINTERS LLP** |
| */s/ Leonard A. Bennett* | */s/Ashley K. Brathwaite* |
| Leonard A. Bennett | Ashley K. Brathwaite |
| North Carolina State Bar No. 21576 | N.C. State Bar No. 33830 |
| Consumer Litigation Associates, P.C. | P.O. Box 33550 |
| 763 J. Clyde Morris Boulevard, Suite 1-A | Raleigh, NC 27636 |
| Newport News, VA 23601 | Telephone: (919) 865-7000 |
| Telephone: (757)930-3660 | Facsimile: (919) 865-7010 |
| Facsimile: (757)930-3660 | ashley.brathwaite@elliswinters.com |
| Email: lenbennett@clalegal.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

**CERTIFICATE OF SERVICE**

This is to hereby certify that the foregoing was served on all counsel of record by the Court's CM/ECF system

                                                  /s/ Leonard A. Bennett
                                                  Leonard A. Bennett
                                                  North Carolina State Bar No. 21576
                                                  **CONSUMER LITIGATION ASSOCIATES, P.C.**
                                                  763 J. Clyde Morris Boulevard, Suite 1-A
                                                  Newport News, VA  23601
                                                  Telephone:  (757)930-3660
                                                  Facsimile:  (757)930-3660
                                                  Email:  lenbennett@clalegal.com