**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**No. 1:18-cv-343**

| | | |
|---|---|---|
| **JOY JUSTICE,** *on behalf of herself and all others similarly situated,* | ) ) ) | |
| **Plaintiff,** | ) ) ) | **PLAINTIFF'S SECOND AMENDED NOTICE OF NATIONWIDE CLASS ACTION SETTLEMENT AND STIPULATION OF DISMISSAL OF THE INSTANT ACTION** |
| **v.** | ) ) ) | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | ) ) ) | |
| **Defendant.** | ) | |

Plaintiff Joy Justice, by counsel, hereby submits this Second Amended Notice of Nationwide Settlement and Stipulation of Dismissal of the Instant Action, and in support hereof she state as follows:

1. This case is one of several class actions brought in various jurisdictions against Defendant alleging violations of the Fair Credit Reporting Act, 15 U.S. §§ 1681-1681x, regarding the reporting and disclosure of public record information.

2. On September 21, 2018, a nationwide settlement was reached in the consolidated cases *Clark v. Experian,* No. 3:16-cv-00032 (E.D. Va.) and *Brown v. Experian,* No. 3:16-cv-00670(MHL) (E.D. Va.) ("*Clark*").

3. The terms of the *Clark* settlement embrace the class claims plead in this litigation, and thus resolve all claims in this matter.

4. Judge Lauck of the Eastern District of Virginia granted final approval to the settlement and final judgment in *Clark* on February 1, 2019 (Doc. 150)

5. No appeals were taken from Judge Lauck's Order.

6. Therefore, the Plaintiff requests the dismissal of the instant action with prejudice as to the class claims; and further

7. Plaintiff requests that her individual claims be dismissed, without prejudice.

Respectfully submitted, this 8th day of February, 2019.

/s/ Leonard A. Bennett
Leonard A. Bennett
North Carolina State Bar No. 21576
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone: (757)930-3660
Facsimile: (757)930-3660
Email: lenbennett@clalegal.com

## CERTIFICATE OF SERVICE

This is to hereby certify that the foregoing was served on the below counsel of record by the Court's CM/ECF system:

Ashley K. Brathwaite
**ELLIS & WINTERS LLP**
P.O. Box 33550
Raleigh, NC 27636
Email: ashley.brathwaite@elliswinters.com

/s/ Leonard A. Bennett
Leonard A. Bennett
North Carolina State Bar No. 21576
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone: (757)930-3660
Facsimile: (757)930-3660
Email: lenbennett@clalegal.com